UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:12-CR-128(5) RLM |
| | ) | |
| JALEEN MCGEE | ) | |

OPINION AND ORDER

Jaleen McGee was sentenced to a 87-month term of imprisonment in 2013, and is now before the court asking for a copy of his presentence investigation report. Presentence reports are judicial records subject to the common-law right of access, but are maintained under seal and afforded extra protection by the courts to protect the traditional confidentiality of the personal information they contain. United States v. Corbitt, 879 F.2d 224, 236 (7th Cir. 1989). *See also* Smith v. United States District Court Officer, 203 F.3d 440, 441 (7th Cir. 2000); United States v. Warner, 59 Fed.Appx. 134, 136 (7th Cir 2003). When judicial records are confidential, a party seeking disclosure "must make a specific showing of need for access to the document." United States v. Corbitt, 879 F.2d at 228. Mr. McGee hasn't done so.

While Fed. R. Crim. P. 32(e)(2) mandates disclosure of the report to the defendant, the defendant's attorney, and an attorney for the government prior to sentencing, it appears from the record that Mr. McGee and his attorney, William Stevens, received copies of the presentence report prior to sentencing. Mr. McGee doesn't suggest otherwise, or indicate why his copy of the report, or Mr. Stevens's,

is no longer available to him, or why he's requesting another copy. Accordingly, Mr. McGee's request for a duplicate copy of the presentence report [Doc. No. 389] is DENIED.

SO ORDERED.

ENTERED:   February 27, 2019

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana

cc: S. Williams
Counsel of Record
USPO